30 A.3d 317

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSAB MORTGAGE–BACKED PASS–THROUGH CERTIFICATES, SER-IES 2006–3, PLAINTIFF–RESPONDENT, v. MARYSE GUILL-AUME AND EMILIO GUILLAUME, DEFENDANTS—PETI-TIONERS.

September 30, 2011.

Granted.